■ RUTH KOVNER, Appellant, v. CARL BEER et al., Individually and as Custodians for BENNETT BEER and Others, Respondents.— Order, Supreme Court, New York County, entered on March 24, 1972, and judgment of said court entered on April 11, 1972, unanimously affirmed on opinion of Lupiano, J., at Special Term. Respondents shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur — Stevens, P. J., McGivern, Kupferman, Murphy and McNally, JJ. [70 Misc 2d 739.]